**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-4183**

---

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

JAMES ERVIN MARTIN,

             Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:03-cr-00330-REP-6)

---

Submitted:  June 22, 2009              Decided:  June 29, 2009

---

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Ervin Martin, Appellant Pro Se.  Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ervin Martin appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Martin</u>, No. 3:03-cr-00330-REP-6 (E.D. Va. Jan. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>